

# DEBRA K. HAMPTON
**Attorney at Law**
3126 S. Blvd., # 304
Edmond, OK  73013

Phone: 405- 250-0966
Fax: 866-251-4898
E-mail: hamptonlaw@cox.net

Website: debrakhampton.com
Facebook: debra-hampton

---

September 20, 2017

Glen Folsom, #172239
CCF
3200 S. Kings Highway
Cushing, OK 74023

     Re:    Legal Issues

Dear Glen:

I am responding to a correspondence that you sent to Bennet. She has since passed away but her son is currently assisting me and we are discussing your case. He believes that you had some very good claims and wants to learn more about the claims and procedural posture of the case.

Also, if you ever had the action opened back up after a dismissal because of Chanda Grice not being served properly because of the deficiencies in the notice by publication for that paper. We are interested in reviewing your claims so if you could please write me back and detail exactly any new grievances or issues that have developed as even retaliatory issues. He said that he put a lot of time into your case and were making headway in that action and then things happened and then history was made.

I look forward to hearing from you. Please included a detailed summary of facts about any further developments.

Best regards,

// Debbie Hampton

DEBRA K. HAMPTON
Attorney at Law

//cp



# DEBRA K. HAMPTON
### Attorney at Law
3126 S. Blvd., # 304
Edmond, OK 73013

**Phone:** 405-250-0966
**Fax:** 866-251-4898
**E-mail:** hamptonlaw@cox.net

**Website:** debrakhampton.com
**Facebook:** debra-hampton

October 7, 2017

Glen Folsom, #172239
CCF - FA-223
3200 S. Kings Highway
Cushing, OK 74023

      Re:    Legal Issues

Dear Glen:

We have received you correspondence and Art was please to receive his letter and he thanks you for the card.

We hope you continue getting the in forma pauperis affidavit submitted on Grice. Once you can get the filing perfected please let us know. We possibly would be willing to take the case after the filing of the action. We would also argue that for the time you spent attempting to perfect service that any statutes of limitations are tolled because of the repeated extensions by the Magistrate. You do not have to send paperwork regarding the case as we can see it online through PACER. I am returning your documentation with this letter.

After, reviewing you RTS and Grievances about the overcrowding issues and lack of staffing DOC is correct about these issues being non-grievable issues. There are some issues that any attempts at exhausting administrative remedies would be futile. These issues are not something that affects one individual but an entire class. The All in One suit that you make reference to and have sent papers to me, we are very familiar with the action. Recently the Magistrate issued an R&R on this case dismissing many Plaintiffs that would be challenging the arbitrary denial of parole. There is no liberty interest in parole, therefore any constitutional challenges to a denial of parole is flawed.

We believe there is a meritorious claim within this All in One action, that is what you have attempted at Grieving. Overcrowding and under-staffing. The SCOTUS is clear that this directly violates the Eighth Amendment. Any time that the violations manifest in this way there will also be a trickle-down affect that contributes to many other violations of substantive due process. When there is an under-staffing issue there is always inadequate trained staff and the inadequately trained staff in turn violate procedural due process. One thing that ODOC will never be able to fix is the irresponsible decision-making from the Legislature. It is a statutory scheme designed for failure. It is in black and white and much of it revolves around interpretation of that statutory scheme.



# DEBRA K. HAMPTON
### Attorney at Law
3126 S. Blvd., # 304
Edmond, OK  73013

Phone:  405- 250-0966  
Fax:      866-251-4898  
E-mail:  hamptonlaw@cox.net

Website:      debrakhampton.com  
Facebook:  debra-hampton

November 29, 2017

Glen Folsom, #172239  
CCF - FA-105  
3200 S. Kings Highway  
Cushing, OK 74023

    Re:    Legal Issues

Dear Glen:

Enclosed please find the file-stamped pleadings I have filed on your behalf. I didn't mail them sooner because I thought I would get an Order allowing more time and I was going to send you that as well and ease your mind.

I will keep you posted.

Best regards,

// *Debbie Hampton*

DEBRA K. HAMPTON  
Attorney at Law

Enclosures

3



# DEBRA K. HAMPTON
**Attorney at Law**
3126 S. Blvd., # 304
Edmond, OK  73013

Phone:   405- 250-0966  
Fax:       866-251-4898  
E-mail:   hamptonlaw@cox.net

Website:    debrakhampton.com  
Facebook:   debra-hampton

January 29, 2018

Glen Folsom, #172239
CCF - FA-105
3200 S. Kings Highway
Cushing, OK 74023

   Re: Legal Issues

Dear Glen:

I received a copy of your filing with the Court. I cannot respond to each and every one of your letters requesting that I send this research or that research to you. You send letters wanting bankruptcy laws that have nothing to do with this case. The facility has a law library for you to use.

I only took this case out of the goodness of my heart to advocate your rights. I simply don't have time for your demands and disrespect. Before more time is invested in this case I find that withdrawing is warranted by your libel and slander. I greatly regret that you feel this way as I don't think you could have found an attorney to accept your case in the way that I did.

I will mail you a copy of my Motion to Withdraw and Order Allowing Attorney to Withdraw as soon as I receive it back from the Court.

I hope you receive the relief in which you are entitled.

Best regards,

// *Debbie Hampton*

DEBRA K. HAMPTON
Attorney at Law

//cp

Enclosures

