IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA

GLEN EARL FOLSOM,            )
                              )
         Plaintiff,           )
                              )
v.                            )    Case No. CIV-17-1024-D
                              )
CHANDRA GRICE,                )
                              )
         Defendant.           )

# **O R D E R**

This matter is before the Court for review of the Second Supplemental Report and Recommendation [Doc. No. 59] issued by United States Magistrate Judge Gary M. Purcell pursuant to 28 U.S.C. § 636(b)(1) on June 29, 2018. Liberally construing certain *pro se* motions filed by Plaintiff [Doc. Nos. 53 & 54], Judge Purcell finds that Plaintiff's filings should be treated as motions for preliminary injunctive relief under Fed. R. Civ. P. 65(a) and denied. Within the time period for filing an objection, Plaintiff has made a filing [Doc. No. 61] that the Court construes as an objection to Judge Purcell's Report.

Judge Purcell has previously addressed similar motions by Plaintiff, and the Court has addressed similar objections to Judge Purcell's prior reports. By Order of June 28, 2018, the Court carefully explained, in considerable detail, why Judge Purcell's treatment of Plaintiff's motions is correct, and why the injunctive relief sought by Plaintiff is unavailable in the context of this case. The Court finds no need to repeat its prior discussion, which Plaintiff simply chooses to ignore.

Upon *de novo* review of the issues addressed in the Second Supplemental Report, the Court fully concurs in Judge Purcell's findings and conclusions, and finds that Plaintiff's Motions should be denied.

IT IS THEREFORE ORDERED that the Second Supplemental Report and Recommendation [Doc. No. 59] is ADOPTED.

IT IS FURTHER ORDERED that Plaintiff's Motions [Doc. Nos. 53 & 54], which are construed as motions for injunctive relief, are DENIED.

IT IS SO ORDERED this 1st day of August, 2018.

_____
TIMOTHY D. DeGIUSTI
UNITED STATES DISTRICT JUDGE